No. 500. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* POWELSON, ASSIGNEE, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court

of Appeals for the Fourth Circuit granted. *Assistant Solicitor General Fahy* and *William C. Fitts, Jr.* for petitioner. *Messrs. George Lyle Jones* and *George H. Wright* for respondents.